UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

January 20, 2011

Mr. James R. Penny
22 Pinnacle Valley View Drive #10
Little Rock, AR 72223

RE: *Penny v. Department of Veterans Affairs*, No. 4:10CV01510-BRW

Dear Mr. Penny:

The Department of Veterans Affairs filed a Motion to Dismiss on December, 27, 2010. A response was due on January 13, 2011.

The docket reflects that you have not filed a response to the motion to dismiss. If I have not received a response by 5:00 p.m. on Thursday, February 3, 2011, I will assume that you believe that the motion is well taken.

Thank you.

Cordially,

/s/ Bill Wilson

Original to Mr. James McCormack, Clerk