IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES R. PENNY     PLAINTIFF

v.     4:10CV01510-WRW

DEPARTMENT OF VETERANS AFFAIRS     DEFENDANTS

## ORDER

*Pro se* Plaintiff has failed to respond to Defendant's Motion to Dismiss (Doc. No. 14). On January 20, 2011, I issued an Order (Doc. No. 16) directing Plaintiff to respond to Defendant's motion by 5 p.m. on Thursday, February 3, 2011. Plaintiff failed to meet this deadline. Therefore, I find that Plaintiff's lack of response is a failure to prosecute and dismissal under Federal Rule of Civil Procedure 41(b) is proper. Accordingly, Plaintiff's case is DISMISSED.

IT IS SO ORDERED this 4th day of February, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE