**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JAMES R. PENNY**                                                                                                         **PLAINTIFF**

**v.**                              **4:10CV01510-BRW**

**DEPARTMENT OF VETERANS AFFAIRS**                                          **DEFENDANT**

## JUDGMENT

Consistent with the Order filed in this case on this date, it is ORDERED and ADJUDGED that Defendant Department of Veterans Affairs is DISMISSED as a party to this action, and Plaintiff's claims are DISMISSED.

IT IS SO ORDERED AND ADJUDGED this 4th day of February, 2011.

                                                                    /s/Billy Roy Wilson
                                                   UNITED STATES DISTRICT JUDGE